# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA PENNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>JON FRANCO, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-00382-GSA PC<br><br>ORDER DIRECTING THAT SERVICE OF THE COMPLAINT BE INITIATED, AND DIRECTING CLERK'S OFFICE TO PREPARE SERVICE DOCUMENTS FOR PLAINTIFF<br><br>(Doc. 1) |

    Plaintiff Dana Penney is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. Plaintiff, who is currently housed at the United States Penitentiary-Atwater, filed this action on March 2, 2009. The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and finds that it states cognizable claims for relief against Defendants Franco, Mettry, Sorenson, and Rios for deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

    1.    Service of the complaint is appropriate and shall be initiated on the following defendants:

        **DR. JON FRANCO, CLINICAL DIRECTOR**

        **LOURDES METTRY, MEDICAL ADMINISTRATOR**

        **JAMES SORENSON, NP**

| | |
|---|---|
| 1 | **HECTOR RIOS, JR., WARDEN** |
| 2 | 2. The Clerk's Office shall prepare four (4) USM-285 forms, four (4) summonses, and five copies of the complaint filed on March 2, 2009, on Plaintiff's behalf. |
| 4 | 3. Plaintiff need not attempt service on Defendants. In a separate order, the United States Marshal will be directed to initiate service of process pursuant to Federal Rule of Civil Procedure 4 without payment of costs. |

IT IS SO ORDERED.

Dated:   **April 3, 2009**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE