# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA PENNEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JON FRANCO, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00382-GSA PC<br><br>ORDER FINDING APPOINTMENT OF COUNSEL APPROPRIATE, AND SETTING MATTER FOR STATUS HEARING<br><br>Date:　　　July 2, 2009<br>Time:　　　10:00 a.m.<br>Courtroom:　10 (GSA) |

Plaintiff is a federal prisoner proceeding pro se with an action for violation of civil rights pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. The court finds that appointment of counsel for plaintiff is warranted. Therefore, the court intends to appoint counsel and set this matter for a status hearing. Timothy Magill has been selected by random draw from the court's attorney panel. Both parties shall appear by counsel at the status hearing and be prepared to discuss how this matter should proceed.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Timothy Magill shall notify shall notify Sujean Younger, ADR and Pro Bono Program Director, at 916-930-4278, if he is unable to accept appointment in this matter, or if he has any questions related to the appointment.

///

---

[1] At this juncture, the defendants have not yet made an appearance, but service of process was initiated on April 3, 2009, and the Court anticipates an appearance prior to the hearing date.

1

2. This matter is set for a status hearing at 10:00 a.m. on July 2, 2009 before the undersigned in Courtroom #10. Both parties shall appear by counsel at the status conference and shall be prepared to discuss how this matter should proceed.

3. The Clerk of the Court is directed to serve a copy of this order upon Timothy Magill, Magill Law Offices, 5084 N. Fruit Avenue #106, Fresno, CA 93711.

IT IS SO ORDERED.

**Dated:   May 18, 2009**              /s/ **Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE