# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA PENNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>JON FRANCO, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-00382-GSA PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO SUBSTITUTE IN TIMOTHY MAGILL AS PLAINTIFF'S ATTORNEY OF RECORD, AND SERVE A COURTESY COPY OF THIS ORDER ON PLAINTIFF AT USP-ATWATER<br><br>(Doc. 19) |

    Plaintiff Dana Penney is a federal prisoner proceeding pro se with an action for violation of civil rights pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. Plaintiff filed this action on March 2, 2009, and on May 19, 2009, the Court issued an order finding that appointment of counsel for Plaintiff is warranted, and selecting Timothy Magill by random draw from the Court's attorney panel. Mr. Magill has agreed to represent Plaintiff.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    The Clerk's Office shall substitute in Timothy Magill as Plaintiff's attorney of record; and

///
///
///
///
///

1

2. The Clerk's Office shall send a courtesy copy of this order to Plaintiff at USP-Atwater.

IT IS SO ORDERED.

Dated: **May 22, 2009**         **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE