# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA PENNEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JON FRANCO, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:09-cv-00382-GSA PC<br><br>**ORDER CONTINUING STATUS CONFERENCE FROM JULY 2, 2009, TO JULY 27, 2009**<br><br>**(Doc. 19)**<br><br>Date:　　　　July 27, 2009<br>Time:　　　　11:00 a.m.<br>Courtroom:　10 (GSA) |

　　　Plaintiff Dana Penney, a federal prisoner proceeding in forma pauperis, filed this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. On May 19, 2009, the Court issued an order appointing counsel for Plaintiff and setting this matter for a status conference on July 2, 2009, at 10:00 a.m.

　　　Defendants Franco, Mettry, Sorenson, and Rios filed waivers of service on June 1, 2009, and their responses to Plaintiff's complaint are due on or before July 9, 2009. In light of the fact that Defendants have not yet made an appearance in this action, the status conference shall be continued to allow for their appearance in this action and participation at the status conference.

///
///
///
///

Accordingly, the status conference is HEREBY CONTINUED from July 2, 2009, at 10:00 a.m. to July 27, 2009, at 11:00 a.m. in Courtroom 10.[1]

IT IS SO ORDERED.

Dated:   **June 29, 2009**               /s/ **Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] Telephonic appearances may be arranged by containing Courtroom Deputy Carrie Esteves at (559) 499-5960.