# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA PENNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>JON FRANCO, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-00382-GSA PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE AS A REGULAR CIVIL ACTION |

Plaintiff Dana Penney is a federal prisoner who was proceeding pro se in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. Plaintiff is now represented by counsel in this action. Therefore, the Clerk of the Court is DIRECTED to change the administrative designation of the present case to reflect that of a regular civil action (440), and the new case number shall be 1:09-cv-00382-GSA.

IT IS SO ORDERED.

Dated: __July 9, 2009__          _____/s/ Gary S. Austin_____
                                                    UNITED STATES MAGISTRATE JUDGE

1