# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA PENNEY,<br><br>        Plaintiff,<br><br>   v.<br><br>JON FRANCO, LOURDES METTRY, JAMES SORENSON, and HECTOR A. RIOS, JR.<br>        Defendants. | 1:09-cv-382 GSA<br><br><br><br>ORDER DENYING IFP APPLICATION AND MOTION TO APPOINT COUNSEL<br><br>(Docs. 39-40) |

On October 21, 2011, Dana Penny, a state prisoner, filed an Motion to Proceed In Forma Pauperis (Doc. 40) and a Motion to Appoint Counsel . (Doc. 39). However, these motions are denied as they are not properly filed. First, this case was dismissed and it was closed on September 14, 2009. (Doc. 36 and 37). Thus, there are no proceedings currently pending in this court. Second, the docket reflects that when the case was active, counsel of record was Timothy V. Magill. Therefore, Plaintiff may not file documents in this action.

1

1   Finally, Plaintiff is advised that he may not reopen this matter. If he is attempting to file
2  another case, he must file a separate complaint and an in forma pauperis application.
3   IT IS SO ORDERED.
4   Dated: __October 25, 2011__          ____/s/ Gary S. Austin____
                                          UNITED STATES MAGISTRATE JUDGE